# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1009
LT Case No. 2023-CC-001812

_____

KENDRICK MILLER,

    Appellant,

    v.

QPG ORTEGA APARTMENTS, LLC
D/B/A THE PALMS AT ORTEGA,

    Appellee.

_____

On appeal from the County Court for Duval County.
Kelly E. Eckley-Moulder, Judge.

Kendrick Miller, Jacksonville, pro se.

Donna S. Barfield, and Ryan R. McCain, of Barfield McCain,
P.A., West Palm Beach, for Appellee.

November 21, 2023

PER CURIAM.

    AFFIRMED.

JAY, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____